**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 31 MAL 2016

                Respondent      :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
              v.                    :

                                 :

HARRY MICHAEL SZEKERES,          :

                Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is

**DENIED**.

Justices Wecht and Mundy did not participate in the consideration or decision of this matter.